IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| EUPHORIC, LLC. and<br>THE SOURZE, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 4:25-CV-00023-RK |
| vs. | )<br>)<br>) | |
| WESTPORT COMMUNITY<br>IMPROVEMENT DISTRICT, *et al.*, | )<br>)<br>) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Westport Development, LLC ("Westport Development"), pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure statement:

Westport Development is a wholly owned subsidiary of Murfin Inc. Westport Development has no subsidiaries that are publicly traded.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: */s/ Matthew D. Stromberg*
    Matthew D. Stromberg, MO #61814
    7500 College Boulevard, Suite 1400
    Overland Park, KS 66210
    T (913) 498-2100 | F (913) 498-2101
    mstromberg@foulston.com

ATTORNEY FOR DEFENDANT
WESTPORT DEVELOPMENT, LLC

## CERTIFICATE OF SERVICE

I certify that on the 5th day of February 2025, the foregoing was electronically filed with the Clerk of the Court by using the Court's electronic filing system, which will send notice of electronic filing to all parties of record, and a true and correct copy was served by U.S. Mail, postage prepaid, upon:

Euphoric, LLC
522 Locust Lane
Kansas City, MO 64106

The Sourze, LLC
1004 N. Washington
Raymore, MO 64083


*/s/ Matthew D. Stromberg*
Matthew D. Stromberg