UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EUPHORIC, LLC,<br>THE SOURZE, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>WESTPORT COMMUNITY<br>IMPROVEMENT DISTRICT, ET AL.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)   Case No. 4:25-cv-00023-RK<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT WESTPORT COMMUNITY IMPROVEMENT DISTRICT'S CORPORATE DISCLOSURE STATEMENT

Defendant Westport Community Improvement District, in accordance with Fed. R. Civ. P. 7.1(a) states that it is a non-profit corporation. Westport Community Improvement District has no parent corporation and no publicly held corporation owns more than 10% of its stock.

          Respectfully submitted,

          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

          By: /s/ Jacqueline M. Duvall
              Jacqueline M. Duvall, MO #67078
              Stacy M. Bunck, MO #53229
              700 W. 47th Street, Suite 500
              Kansas City, MO 64112
              816-471-1301
              816-471-1303 *(Facsimile)*
              jacqueline.duvall@ogletree.com
              stacy.bunck@ogletree.com

          **ATTORNEYS FOR DEFENDANTS WESTPORT COMMUNITY IMPROVEMENT DISTRICT, PAMELA PTACEK, KYLE KELLY, JEREMY HURT, AND CHRISTIE MONTAGUE**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of February, 2025, the foregoing was electronically filed with the Court Administrator through the CM/ECF system and service was made via electronic mail to all counsel of record.

                    /s/ Jacqueline M. Duvall
                    **ATTORNEY FOR DEFENDANTS WESTPORT COMMUNITY IMPROVEMENT DISTRICT, PAMELA PTACEK, KYLE KELLY, JEREMY HURT, AND CHRISTIE MONTAGUE**