## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| EUPHORIC, LLC, ET. AL. ) | |
| ) | |
| ) | Case No. 4:25-cv-00023-RK |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WESTPORT COMMUNITY ) | |
| IMPROVEMENT DISTRICT, ET. AL. ) | |
| ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF FREDERICK VICKERS

COMES NOW, **FREDERICK VICKERS**, having been first duly sworn, and on his oath states:

1. I am over the age of eighteen; and I have personal knowledge of the matters set forth herein.

2. If called to testify as a witness thereto, I could and would competently do so under oath.

3. I am a citizen of the United States and a resident of Kansas City, Missouri.

4. Plaintiff Unikc, LLC, (hereinafter "Unikc"), is a limited liability corporation that was formed and registered in the State of Missouri, with its registered business address at 1116 Grand Boulevard, Kansas City, Missouri 64106.

5. At all times relevant hereto, I have the authority to enter and execute any and all contracts and/or lease agreements on behalf of Plaintiff UniKC, LLC.

6. Myself and Mr. Gray are Black/African American males.

7. On February 5, 2025, former counsel David S. Rauzi entered his appearance on behalf of all Plaintiffs in the current cause.

8. I have never given Dave Rauzi authorization to dismiss any Defendant from the current cause.

9. On February 18, 2025, Plaintiffs' former counsel David S. Rauzi, *without any Plaintiffs authorization*, filed a joint stipulation of dismissal without prejudice, dismissing Defendant Westport Development, LLC., from the original complaint.

10. On July 22, 2025, this Court granted Drew Shaders' Motion to Dismiss and determined Plaintiffs waived their claims, after Dave Rauzi failed to respond to Mr. Shader's Rule 12(b)(6) Motion to Dismiss.

11. I terminated Dave Rauzi and have filed a bar complaint.

12. Westport Development, LLC, is a necessary party because Plaintiff Unikc, LLC's claims assert that Development, LLC, breached its contract in conspiracy with the other Defendants.

13. AC Westport, LLC, operating under the fictious name in the State of Missouri as The Denver Biscuit Company, is owned by Mr. Drew Shader.

14. AC Westport, LLC, is a necessary party because Plaintiff Unikc, LLC's claims assert that AC Westport, LLC , took affirmative actions as a part of the conspiracy with the other Defendants.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

STATE OF _Mo_ )
COUNTY of _Clay_ )ss.
)

Signature _Fredrik Vick_
FREDERICK VICKERS

Subscribed and sworn to before me _Jodi C_____, 2025.

Notary Public

My commission expires: _05-23.2025_

```
JODI McCORKENDALE
Notary Public-Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires May 23, 2028
Commission # 12346450
```