UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EUPHORIC LLC, ET. AL. | ) |
| | ) |
| | ) Case No. 4:25−cv−00023−RK |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| WESTPORT COMMUNUITY | ) |
| IMPROVEMENT DISTRICT, ET. AL. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS MOTION FOR LEAVE TO FILE THE SECOND AMENDED COMPLAINT

COMES NOW Plaintiffs Euphoric LLC and UniKC LLC, by and through counsel, and pursuant to Rule 15 and hereby requests this Court leave to Amend the Complaint and in support of this motion attach the proposed Second Amended Complaint as Exhibit A and state the following:

**Relevant Facts**

1. This motion is made timely pursuant to the amended scheduling order.

2. On January 14, 2025, Euphoric, LLC and The Sourze, LLC, filed the underlying Pro Se complaint raising claims of racial discrimination against the Westport Community Improvement District, and the members of the Westport Community Improvement District in their individual and official capacities. (Doc. 1).

3. On February 5, 2025, former counsel David S. Rauzi entered his appearance on behalf of all Plaintiffs. (Doc. 4).

4. On February 7, 2025, former counsel David S. Rauzi filed an amended complaint which added Unikc, LLC, as a Plaintiff, and dropped The Sourze, LLC, as a Plaintiff. (Doc. 16).

5. The Sourze, LLC, was terminated from the case on February 7, 2025. (Remark)

6. On February 18, 2025, Plaintiffs' former counsel David S. Rauzi, ***without Plaintiffs authorization***, filed a joint stipulation of dismissal without prejudice, dismissing Defendant Westport Development, LLC., from the original complaint. (Doc. 23).

7. On February 21, 2025, Defendants Jeremy Hurt, Matthew Vos, Christie Montague, Kyle Kelly, Pamela Ptacek, Westport Community Improvement District, 4128 Broadway, LLC filed Answers to the Amended Complaint. ( Doc. 24-29, 35).

8. On March 24, 2025, The Court made the Scheduling Order; Discovery due by 9/15/2025. Dispositive Motions due by 10/15/2025. Status Conference set for 8/13/2025 10:30 AM via Telephone Conference. Initial Conference set for 5/7/2026 01:30 PM, Final Pretrial Conference set for 6/4/2026 01:30 PM, and Jury Trial set for 6/8/2026. (Doc. 38).

9. On March 28, 2025, Defendant Larry Goldman filed an Answer to the Amended Complaint. (Doc. 44).

10. On March 25, 2025, Defendant Harold Brody filed his Answer to the Amended Complaint. (Doc. 39).

11. On March 31, 2025, Defendant Paul Mesler filed an Answer to the Amended Complaint. (Doc. 45).

12. On May 2, 2025, Defendant Franklin D Kimbrough filed his Answer to the Amended Complaint. (Doc. 51).

13. On May 14, 2025, Plaintiff UniKC, LLC filed a Certificate of Service representing it answered Discovery requests of Defendant CID. (Doc. 56).

14. On May 16, 2025, Defendant Drew Shader filed a Motion to Dismiss for Failure to State a Claim. (Doc. 57).

15. On May 21, 2025, Plaintiffs filed a second motion for extension of time to obtain service on Defendants. (Doc. 59).

16. On May 23, 2025, This Court denied Plaintiffs second motion for extension of time to obtain service on Defendants. (Doc. 60).

17. On May 23, 2025, Plaintiff UniKC, LLC filed a Certificate of Service representing it Supplemented Answers to Discovery requests of Defendant CID. (Doc. 61).

18. On May 28, 2025, Defendant Max Wasserman filed his Answer to the Amended Complaint. (Doc. 62).

19. On June 20, 2025, Defendant Brett Allred filed an Answer to the Amended Complaint. (Doc. 70).

20. On June 25, 2025, Cecilia J. Brown filed her appearance as lead counsel for Plaintiff Euphoric, LLC. (Doc. 71).

21. On July 1, 2025, Plaintiffs filed a Motion to Amend the scheduling order. (Doc. 76).

22. On July 7, 2025, Plaintiff UniKC sent discovery requests to 11 defendants. (Doc. 80-91).

23. On July 22, 2025, this Court granted Drew Shaders' Motion to Dismiss. (Doc. 99).

24. On July 25, 2025, This Court made an Order to Show Cause. (Doc. 101).

25. On July 30, this Court granted in part and denied in part, Plaintiffs Motion to amend the scheduling order: Discovery due by 11/20/2025. Dispositive Motions are due by 12/20/2025. Status Conference set for 10/21/2025 11:30 AM via Telephone Conference before District Judge Roseann A Ketchmark. **All pretrial and trial deadlines and hearing dates remain the same.** (Doc. 107).

26. On August 7, 2025, Stephen Williams, entered as counsel for Plaintiff Unikc, LLC. (Doc. 126).

27. On August 8, 2025, Plaintiffs responded to the Court's Show cause order and filed a Motion for Extension of Time to Perfect Service with suggestions in support. (Doc. 128), 129, 130).

28. Plaintiffs assert that the audio recording discovered in the discovery process has led to evidence that makes it necessary to amend the complaint to join non-parties, AC Westport LLC (operating as The Denver Biscuit Company), Allred Inc., Allred Holdings, LLC, Westport Development Inc., and Murfin, Inc., as CID members and board members who have engaged in civil conspiracy, necessary to join under Rule 19(a) and joinder does not destroy diversity.

29. On August 13, 2025, Plaintiff Euphoric supplemented its responses to relevant requests for production of documents to disclose the newly discovered audio recording. (Doc 133).

30. On August 14, 2025, pursuant to Fed. R. Civ. P. 19(a) and 20(a)(2)(B), Plaintiffs made a motion to join to this action as party Defendants, AC Westport LLC (operating as The Denver Biscuit Company), Allred Inc., Allred Holdings, LLC, Westport Development Inc., Murfin, Inc., DB Icehouse, LLC, Joe Niebur and Gregory Mark Bartold.

31. On August 15, 2025, pursuant to Fed. R. Civ. P. 24(a)(2). The Sourze, LLC, requests intervention to join this action as party Plaintiffs, as of right and should be permitted because the movant has "an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties. Fed. R. Civ. P. 24(a)(2).

32. On August 15, 2025, Fed. R. Civ. P. 24(a)(2), The Sourze, LLC, requests permissive intervention to join this action as party Plaintiffs because the movant's "claim or defense and the main action have a question of law or fact in common." Fed. R. Civ. P. 24(b)(2).

33. Undersigned counsel has conferred with Plaintiffs Euphoric, LLC and Unikc, LLC, and the plaintiffs are not opposed to allowing The Sourze, LLC, to join the underlying action as a party plaintiff pursuant to its Motio to Join filed August 15, 2025.

34. Allowing The Sourze, LLC, to join the underlying action as a party plaintiff is proper under Rule 24 and pursuant to the current scheduling order.

35. Plaintiffs seek leave to file their Proposed Second Amended Complaint and assert there is no good reason for denial, "such as undue delay, bad faith, or prejudice to the non-moving party, or futility of the amendment.

WHEREFORE, Plaintiffs requests this Court grant leave to file their Proposed Second Amended Complaint.

Respectfully submitted,

**Cecilia Brown**
**Cecilia Nuby & Associates, LLC**
Missouri Bar Number: 67646
Kansas Bar Number: 78602
Illinois Bar Number: 6346825
117 E. 29TH STREET
Kansas City, Missouri 64108
Phone: (913)-200-7900
Fax: (913) 273-0996
E-mail: Cecilia@NubyLaw.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2025, the above and foregoing **PLAINTIFFS MOTION FOR LEAVE TO FILE THE SECOND AMENDED COMPLAINT** was served by electron filing with the Court Administrator through the CM/ECF system and by e-mail to the e-mail addresses provided by counsel of record for the parties in this case.

/s/
Attorney for Plaintiff