UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EUPHORIC, LLC, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:25-cv-00023-RK |
| WESTPORT COMMUNITY IMPROVEMENT DISTRICT, ET AL., | ) |
| Defendants. | ) |

## JOINT MOTION TO STRIKE
## PLAINTIFFS' PURPORTED SECOND AMENDED COMPLAINT

Defendants Westport Community Improvement District, Franklin Kimbrough, Pamela Ptacek, Max Wasserstrom, Paul Mesler, Kyle Kelly, Larry Goldman, Matthew Vos, Jeremy Hurt, Christie Montague, Brett Allred, Harold Brody, and 4128 Broadway, LLC (collectively "Defendants") in accordance with Fed. R. Civ. P. 11 and 12(f), and L.R. 7.0, move to strike Plaintiffs' purported Second Amended Complaint (Doc. 220) as it is not signed by a party representing all Plaintiffs and therefore is improper under Rule 11 and this Court's Order granting leave. *See* (Doc. 213). Submitted contemporaneously with this Motion are *Suggestions in Support*, which more fully articulate the factual and legal basis for the relief requested herein.

WHEREFORE, Defendants Westport Community Improvement District, Franklin Kimbrough, Pamela Ptacek, Max Wasserstrom, Paul Mesler, Kyle Kelly, Larry Goldman, Matthew Vos, Jeremy Hurt, Christie Montague, Brett Allred, Harold Brody, and 4128 Broadway, LLC, in accordance with Fed. R. Civ. P. 11 and 12(f) that this Court strike Plaintiffs' Second Amended Complaint for noncompliance with Rule 11 and order Plaintiffs to file a Rule 11 compliant Complaint signed by counsel for *each* party plaintiff within 5 days of the Court's Order; or in the alternative dismiss this case without prejudice; award Defendants their costs and reasonable attorneys' fees; and for such other and further relief the Court may deem just and proper.

Respectfully submitted,

| | |
|---|---|
| */s/ Mark Nasteff*<br>Mark Nastaff, MO Bar # 38015<br>Amy Quinn , MO Bar # 66166<br>**NASTEFF & QUINN LLC**<br>118 N. Water Street<br>Liberty, MO 64068<br>Phone:  816.792.3695<br>Email:  marknasteff@naqlaw.com<br>Email:  amyquinn@naqlaw.com<br><br>**ATTORNEYS FOR BRETT ALLRED**<br><br>*/s/ Don Peterson*<br>Don Peterson, MO Bar # 24452<br>Grant Peterson, MO Bar # 73897<br>**DON PETERSON LAW LLC**<br>10955 Lowell Avenue, Suite 710<br>Overland Park, KS 66210<br>Phone:  913.322.0322<br>Facsimile:  913.322.0337<br>Email:  don@donpetersonlaw.com<br>Email: grant@donpetersonlaw.com<br><br>**ATTORNEYS FOR 4128 BROADWAY LLC AND HAROLD S. BRODY** | */s/ Jacqueline M. Duvall*<br>Stacy M. Bunck, MO Bar # 53229<br>Jacqueline M. Duvall, Mo Bar #<br>**OGLETREE DEAKINS NASH SMOAK & STEWART PC**<br>700 W. 47th Street, Suite 500<br>Kansas City, MO 64112<br>Phone:  816.471.1303<br>Facsimile:  816.471.1301<br>Email:  stacy.bunck@ogletree.com<br>Email:  Jacqueline.duvall@ogletree.com<br><br>**ATTORNEYS FOR DEFENDANTS Westport Community Improvement District, Franklin Kimbrough, Pamela Ptacek, Max Wasserstrom, Paul Mesler, Kyle Kelly, Larry Goldman, Matthew Vos, Jeremy Hurt, Christie Montague** |

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to the following counsel of record for Plaintiff:

Stephen R. Williams
The Law Offices Of Stephen R. Williams
4520 Main Street, Suite 700
Kansas City, MO 64111
Email: stephen@srwilliamslaw.com

**ATTORNEY FOR PLAINTIFF UNIKC, LLC**

Cecilia Brown
Cecilia Nuby & Associates, LLC
117 E. 29th Street
Kansas City, MO 64108
Phone: 913.200.7900
Facsimile: 913.273.0996
Email: Cecilia@nubylaw.com

**ATTORNEY FOR PLAINTIFF EUPHORIC LLC**

Mark Nastaff
Amy Quinn
Nasteff & Quinn LLC
118 N. Water Street
Liberty, MO 64068
Phone: 816.792.3695
Email: marknasteff@naqlaw.com
Email: amyquinn@naqlaw.com

**ATTORNEYS FOR BRETT ALLRED**

Don Peterson
Grant Peterson
Don Peterson Law LLC
10955 Lowell Avenue, Suite 710
Overland Park, KS 66210
Phone: 913.322.0322
Facsimile: 913.322.0337
Email: don@donpetersonlaw.com
Email: grant@donpetersonlaw.com

**ATTORNEYS FOR 4128 BROADWAY LLC AND HAROLD S. BRODY**

*/s/ Jacqueline M. Duvall*
ATTORNEY FOR DEFENDANTS
Westport Community Improvement District, Franklin Kimbrough, Pamela Ptacek, Max Wasserstrom, Paul Mesler, Kyle Kelly, Larry Goldman, Matthew Vos, Jeremy Hurt, Christie Montague