UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EUPHORIC, LLC, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| WESTPORT COMMUNITY IMPROVEMENT DISTRICT, ET AL., | ) Case No. 4:25-cv-00023-RK ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO STRIKE
PLAINTIFFS' PURPORTED SECOND AMENDED COMPLAINT**

**I.      Introduction**

Plaintiffs Euphoric, LLC ("Euphoric"), UniKC LLC ("UniKC"), and The Sourze, LLC ("The Sourze") (collectively, "Plaintiffs") filed a lawsuit against all defendants alleging a conspiracy to violate civil rights and antitrust laws. Highly summarized, Plaintiffs allege that the Defendants have conspired amongst themselves and other landlords and business owners to exclude African Americans from owning or operating businesses in the Westport Entertainment District, including Plaintiffs. Defendants deny engaging in any unlawful acts, that any such conspiracy exists, and that Plaintiffs were harmed by any act of the Defendants.

**II.     Procedural Background Relevant to Instant Motion**

On October 7, 2025, the Court entered its Order granting Plaintiffs leave to file a Second Amended Complaint (Doc. 213). The Court's Order required the Second Amended Complaint to be "*signed by counsel for each party plaintiff* – within five (5) days of the date of this Order." (Doc. 213) (emphasis in the original). On October 10, 2025, Plaintiffs purported to file their Second Amended Complaint in accordance with the Court's Order. *See* (Doc. 220). The Second Amended Complaint is signed only by attorney Cecilia Brown on behalf of Plaintiff Euphoric. *See* (Doc. 220, p. 64). In its current iteration the Second Amended Complaint is noncompliant with the

1

requirements of Rule 11 and accordingly the Court should strike it and order Plaintiffs to file a Rule 11 compliant pleading or alternatively dismiss this case.

## III. Standard of Review

Rule 11(a) requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a).

## IV. Argument and Authority

"The failure of an attorney to sign a pleading is a glaring and serious omission. Under Rule 11, the failure of an attorney to sign a complaint warrants the striking of it." *Hadlock v. Baechler*, 136 F.R.D. 157, 159 (W.D. Ark. 1991). "The primary goal in the application of Rule 11 is to deter pleading and motion abuses." *Id*.

The Second Amended Complaint includes several additional salacious allegations against Defendants, including the allegations of an ongoing conspiracy in violation of the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962). *See generally* (Doc. 220, p. 59-63). The pleading signature requirement ensures, in part that "the factual contentions have *evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery*." Fed. R. Civ. P. 11(b)(3) (emphasis added).

Rule 11's role as a deterrent against pleading abuses is enforced through the mechanism of Rule 11 sanctions. Where a party representative has not affixed their signature to a pleading it presents a question as to whether that party has endorsed the allegations and admissions contained within the pleading. The Second Amended Complaint purports to assert claims collectively on behalf of the three Plaintiffs (Euphoric, UniKC, and The Sourze). However, it is signed only by counsel for Euphoric, designated only as counsel for Euphoric. *See* (Doc. 220, p. 64). Presently, it

is unclear if The Sourze and UniKC have also endorsed this version of the pleading, and the allegations contained therein. The failure of all Plaintiffs not only implicates the ability of Defendants to seek Rule 11 sanctions where appropriate but calls into question more basic aspects of the use of the Second Amended Complaint as a source of party admissions attributable to all Plaintiffs.

Accordingly, Defendants request that this Court strike the current iteration of the Second Amended Complaint as it is noncompliant with Rule 11 and order the Plaintiffs to file a compliant Complaint within five (5) days of the Court's Order.

## IV. Conclusion.

WHEREFORE, Defendants Westport Community Improvement District, Franklin Kimbrough, Pamela Ptacek, Max Wasserstrom, Paul Mesler, Kyle Kelly, Larry Goldman, Matthew Vos, Jeremy Hurt, Christie Montague, Brett Allred, Harold Brody, and 4128 Broadway, LLC, in accordance with Fed. R. Civ. P. 11 and 12(f) that this Court strike Plaintiffs' Second Amended Complaint for noncompliance with Rule 11 and order Plaintiffs to file a Rule 11 compliant Complaint signed by counsel for *each* party plaintiff within 5 days of the Court's Order; or in the alternative dismiss this case without prejudice; award Defendants their costs and reasonable attorneys' fees; and for such other and further relief the Court may deem just and proper.

Respectfully submitted,

*/s/ Mark Nasteff*
Mark Nastaff, MO Bar # 38015
Amy Quinn , MO Bar # 66166
**NASTEFF & QUINN LLC**
118 N. Water Street
Liberty, MO 64068
Phone:  816.792.3695
Email:  marknasteff@naqlaw.com
Email:  amyquinn@naqlaw.com

**ATTORNEYS FOR BRETT ALLRED**

*/s/ Don Peterson*
Don Peterson, MO Bar # 24452
Grant Peterson, MO Bar # 73897
**DON PETERSON LAW LLC**
10955 Lowell Avenue, Suite 710
Overland Park, KS 66210
Phone:  913.322.0322
Facsimile:  913.322.0337
Email:  don@donpetersonlaw.com
Email:  grant@donpetersonlaw.com

**ATTORNEYS FOR 4128 BROADWAY LLC AND HAROLD S. BRODY**

*/s/ Jacqueline M. Duvall*
Stacy M. Bunck, MO Bar # 53229
Jacqueline M. Duvall, Mo Bar #
**OGLETREE DEAKINS NASH SMOAK & STEWART PC**
700 W. 47th Street, Suite 500
Kansas City, MO 64112
Phone:  816.471.1303
Facsimile:  816.471.1301
Email:  stacy.bunck@ogletree.com
Email:  Jacqueline.duvall@ogletree.com

**ATTORNEYS FOR DEFENDANTS Westport Community Improvement District, Franklin Kimbrough, Pamela Ptacek, Max Wasserstrom, Paul Mesler, Kyle Kelly, Larry Goldman, Matthew Vos, Jeremy Hurt, Christie Montague**

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to the following counsel of record for Plaintiff:

Stephen R. Williams
The Law Offices Of Stephen R. Williams
4520 Main Street, Suite 700
Kansas City, MO 64111
Email: stephen@srwilliamslaw.com

**ATTORNEY FOR PLAINTIFF UNIKC, LLC**

Cecilia Brown
Cecilia Nuby & Associates, LLC
117 E. 29th Street
Kansas City, MO 64108
Phone: 913.200.7900
Facsimile: 913.273.0996
Email: Cecilia@nubylaw.com

**ATTORNEY FOR PLAINTIFF EUPHORIC LLC**

Mark Nastaff
Amy Quinn
Nasteff & Quinn LLC
118 N. Water Street
Liberty, MO 64068
Phone: 816.792.3695
Email: marknasteff@naqlaw.com
Email: amyquinn@naqlaw.com

**ATTORNEYS FOR BRETT ALLRED**

Don Peterson
Grant Peterson
Don Peterson Law LLC
10955 Lowell Avenue, Suite 710
Overland Park, KS 66210
Phone: 913.322.0322
Facsimile: 913.322.0337
Email: don@donpetersonlaw.com
Email: grant@donpetersonlaw.com

**ATTORNEYS FOR 4128 BROADWAY LLC AND HAROLD S. BRODY**

*/s/ Jacqueline M. Duvall*
ATTORNEY FOR DEFENDANTS
Westport Community Improvement District, Franklin Kimbrough, Pamela Ptacek, Max Wasserstrom, Paul Mesler, Kyle Kelly, Larry Goldman, Matthew Vos, Jeremy Hurt, Christie Montague