IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EUPHORIC, LLC; et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:25-cv-00023-RK |
| | ) |
| WESTPORT COMMUNITY | ) |
| IMPROVEMENT DISTRICT, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Defendants' joint motion to strike Plaintiffs' Second Amended Complaint, (Doc. 231), and Plaintiffs' joint motion for leave to file a Rule 11 compliant Second Amended Complaint, (Doc. 234).

On October 7, 2025, the Court granted Plaintiff Euphoric's motion for leave to file a second amended complaint, and directed Plaintiffs to "file the Second Amended Complaint—*signed by counsel for each party plaintiff*—within five (5) days of the date of" the Order. (Doc. 213 at 18.)[1] On October 10, 2025, counsel for Plaintiff Euphoric, LLC, filed Plaintiffs' purported Second Amended Complaint, which is signed only by Ms. Cecelia Brown only as attorney for Plaintiff Euphoric, LLC. (Doc. 220 at 63-64.)

Thus, Defendants filed the instant joint motion to strike Plaintiffs' Second Amended Complaint for failure to comply with Federal Rule of Civil Procedure 11 and this Court's October 7, 2025 Order. (Doc. 231.) Defendants request that

> this Court strike Plaintiffs' Second Amended Complaint for noncompliance with Rule 11 and order Plaintiffs to file a Rule 11 compliant Complaint signed by counsel for each party plaintiff within 5 days of the Court's Order; or in the alternative dismiss this case without prejudice; award Defendants their costs and reasonable attorneys' fees; and for such other and further relief the Court may deem just and proper.

(*Id.* at 1.)

---

[1] In this Order, the Court also noted that though the motion for leave to file a second amended complaint was termed "joint," it was signed only by counsel for Plaintiff Euphoric, LLC. The Court instructed "that the parties must ensure all future filings in this case . . . are separately signed by counsel for each named party if the filing is a joint filing asserted by or on behalf of each named party . . . ." (Doc. 213 at 4 n.4.)

In response, Plaintiffs filed joint suggestions in opposition to the motion to strike, (Doc. 233), and a joint motion for leave to file a Rule 11 compliant Second Amended Complaint, (Doc. 234), with a proposed Rule 11 compliant Second Amended Complaint attached, (Doc. 234-1). While Plaintiffs' joint suggestions in opposition and joint motion for leave to file comply with Rule 11 and this Court's directives, each containing the signature of both Mr. Stephen Williams on behalf of Unikc, LLC, and Ms. Cecelia Brown on behalf of Euphoric, LLC, and The Sourze, LLC, the Court notes that the proposed Rule 11 compliant Second Amended Complaint is signed only by Mr. Williams on behalf of Unikc, LLC, and Ms. Brown on behalf of Euphoric, LLC, only; no counsel signature appears for The Sourze, LLC. (Doc. 234-1 at 63-64.)

Accordingly, after careful consideration and review, Defendants' joint motion to strike Plaintiffs' Second Amended Complaint, (Doc. 231), and Plaintiffs' joint motion for leave to file the Rule 11 compliant Second Amended Complaint, (Doc. 234), are **GRANTED**. Plaintiffs' purported second amended complaint, (Doc. 220), is **STRICKEN**, and Plaintiffs are directed to file a Second Amended Complaint, *signed by counsel for each party plaintiff indicating each and every Plaintiff they represent*, within (5) days of the date of this Order.[2]

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 28, 2025

---

[2] This case, filed on January 14, 2025, already contains 240 docket entries as of the date of this Order. While the Court encourages zealous advocacy of a client's position, the parties are encouraged to carefully review all filings prior to submitting them to the Court to ensure they comply with procedural rules to avoid unnecessary filings, motion practice, and expenditure of Court resources.