UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EUPHORIC, LLC, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:25-cv-00023-RK |
| WESTPORT COMMUNITY IMPROVEMENT DISTRICT, ET AL., | ) ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendants Zach Marten ("Marten") and Brandi Degenhardt ("Degenhardt") (collectively "Westport CID Defendants") in accordance with Fed. R. Civ. P. 12(b)(6), and L.R. 7.0, move to dismiss Count XII of Plaintiffs' Second Amended Complaint (Doc. 249) as Plaintiffs have failed to state a claim under 18 U.S.C. §1962 et. seq. as Plaintiffs have failed to plead any facts in support of its allegations that the Westport CID Defendants engaged in a pattern of racketeering activity and have failed to plead any facts demonstrating they suffered concrete financial losses recoverable under the Act.

Submitted contemporaneously with this Motion is a *Memorandum of Law in Support*, which more fully articulates the factual and legal basis for the relief requested herein.

WHEREFORE, in accordance with Fed. R. Civ. P. 12(b)(6) Westport CID Defendants request that this Court dismiss Count XII of Plaintiffs' Second Amended Complaint; award Defendants their costs; and for such other and further relief the Court may deem just and proper.

Respectfully submitted,

*/s/ Jacqueline M. Duvall*
Stacy M. Bunck, MO Bar # 53229
Jacqueline M. Duvall, Mo Bar # 67078
**OGLETREE DEAKINS NASH SMOAK & STEWART PC**
700 W. 47th Street, Suite 500
Kansas City, MO 64112
Phone: 816.471.1303
Facsimile: 816.471.1301
Email: stacy.bunck@ogletree.com
Email: Jacqueline.duvall@ogletree.com

**ATTORNEYS FOR DEFENDANTS**
**Zach Marten and Brandi Degenhardt**

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2025, the foregoing was electronically filed with the Court Administrator through the CM/ECF system and service was made via electronic mail to all counsel of record.

*/s/ Jacqueline M. Duvall*
**ATTORNEY FOR DEFENDANTS**
**Zach Marten and Brandi Degenhardt**