# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

EUPHORIC, LLC, *et al.*,  )
    Plaintiffs,  )
      )
v.  )      Case No. 4:25-cv-00023-RK
      )
WESTPORT COMMUNITY  )
IMPROVEMENT DISTRICT, *et al.*,  )
    Defendants.  )

## ENTRY OF APPEARANCE

Scott A. Wissel of the law firm Lewis Rice LLC enters his appearance as lead counsel on behalf of Defendants DB Icehouse, LLC, Gregory Bartold, and Joe Niebur in the above-captioned case.

Respectfully submitted,

**LEWIS RICE LLC**

By: /s/ Scott A. Wissel
Scott A. Wissel, Mo. #49085
1010 Walnut, Suite 500
Kansas City, Missouri 64106
Tel: (816) 472-2568
Fax: (816) 472-2500
sawissel@lewisricekc.com

*Attorney for Defendants DB Icehouse, LLC, Gregory Bartold, and Joe Niebur*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ Scott A. Wissel
*Attorney for Defendants DB Icehouse, LLC, Gregory Bartold, and Joe Niebur*

2